CAMPBELL v. FRIEDLANDER et al. (Supreme Court, General Term, Second Department. June 14, 1895.) Action by Samuel J. Campbell against Albert Friedlander and another. No opinion. Appeal taken from order of Justice Smith, February 27, 1895, dismissed with $10 costs to respondents. See 29 N. Y. Supp. 790.

CHANDLER, Respondent, v. KNOX, Appellant. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by William Chandler against John A. Knox. S. D. Epstin, for appellant. Frank A. Bennett, for respondent.

DYKMAN, J. This is an appeal by the defendant from a judgment in favor of the plaintiff entered upon the verdict of a jury after a trial at the circuit. The action was for malicious prosecution. As the testimony was substantially uncontradicted, or at least such that but one conclusion could be fairly reached upon the question, the trial judge determined that there was not probable cause for the prosecution, and left the question of damages to the jury. There was no error committed upon the trial, and the judgment must be affirmed, with costs. All concur.

CHICAGO & E. I. RY. CO., Respondent, v. BEECHER et al., Appellants. (Supreme Court, General Term, First Department. June 14, 1895.) Action by the Chicago & Eastern Illinois Railway Company against Henry B. Beecher and another. W. C. Beecher, for appellants. W. North, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to answer on payment of costs.

CHURCH et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, General Term, First Department. June 14, 1895.) Action by Charles M. Church and others against the Manhattan Railway Company and others. Brainerd Tolles, for appellants. E. M. Felt, for respondents.

PER CURIAM. Upon an examination of the evidence in this case we think that the fee damage should be reduced to the sum of $5,000. The judgment as modified by such reduction should be affirmed, without costs to either party.

CLOSE, Respondent, v. POTTER, Appellant. (Superior Court of Buffalo, General Term. January, 1895.) Action by Charles J. Close against Edward W. Potter. No opinion. Judgment and order appealed from affirmed, with costs.

TITUS, C. J., not sitting.

CODDINGTON, Appellant, v. BOND, Respondent. (Supreme Court, General Term, First Department. June 14, 1895.) Action by Lily A. G. Coddington against Emily K. Bond. A. B. Cruikshank, for appellant. A. J. Skinner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re COHEN. (Supreme Court, General Term, Second Department. June 14, 1895.) In the matter of the probate of the last will and testament of Joseph Cohen, deceased. No opinion. Motion is denied, but appeal will be dismissed at the next term, if appellant is not then ready to argue.